**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ADAM GALVAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 4:21-cv-00810-HEA |
| | ) | |
| SPECIFIED CREDIT ASSOCIATION 1, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffa Adam and Lea Galvan hereby gives notice that they has reached a settlement in principle with Defendant Specified Credit Association 1, Inc.  The parties anticipate filing a *Notice of Voluntary Dismissal with prejudice* pursuant to Fed. R. Civ. P. 41(1)(A)(i), within the next sixty (60) days.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tel:    (816) 246-7800
Fax:    (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

**/s/      Andrew M. Esselman**
Attorney for Plaintiff