# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ADAM GALVAN<br><br>&<br><br>LEA GALVAN<br><br>    Plaintiffs,<br>v.<br><br>SPECIFIED CREDIT ASSOCIATION<br><br>    Defendant. | **Case: 4:21-cv-00810-HEA** |

## NOTICE OF DISMISSAL

NOW COMES Plaintiffs Adam and Lea Galvan, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully requests the Court to dismiss all claims filed against Defendant Specified Credit Association 1, Inc., with prejudice, with each party to bear its own costs.

Respectfully submitted,

**By: /s/ Andrew M. Esselman**
Andrew M. Esselman #64837
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO  64064
Telephone:  816-246-7800
Facsimile:  855-523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of January 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

/s/  Andrew M. Esselman
Andrew M. Esselman
Counsel for Plaintiff